UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

BASHID BRISTOL-DAVIS,

      Plaintiff,

                                     Case No. 26-cv-11205
v.                                  Hon. Matthew F. Leitman

GARDEN CITY
FAMILY DENTISTRY, *et al.*,

      Defendants.

_____/

## ORDER (1) SUMMARILY DISMISSING CASE AND (2) TERMINATING DEFENDANTS' MOTION TO DISMISS (ECF No. 7) AS MOOT

Plaintiff Bashid Bristol-Davis, a prisoner who is currently incarcerated at the Cooper Street Correctional Facility in Jackson, Michigan, filed this civil rights action *pro se* on April 14, 2026. (*See* Compl., ECF No. 1.)  In his Complaint, he alleged that in 2018, Defendants Garden City Family Dentistry, a private dental practice in Garden City, Michigan, and John Doe, a dentist at the practice, provided him inadequate dental care when they left a small metal drill bit in his jawbone while removing his wisdom teeth, causing him "excruciating pain." (*Id.*, PageID.4-5.) Bristol-Davis brought both federal and state claims against the Defendants for the allegedly inadequate dental care he received from them in 2018. (*See id.*, PageID.2.)

1

Bristol-Davis said his federal claim is for a violation of his Eighth Amendment rights and that it arises under 42 U.S.C. § 1983. (*See id.*, PageID.2, 6.)

On June 17, 2026, the Court entered an Order requiring Bristol-Davis to show cause, in writing, by July 17, 2026, why this case should not be dismissed for failure to state a viable claim under federal law. (*See* Order, ECF No. 6.)  Specifically, the Court noted that Bristol-Davis's Eighth Amendment claim did not appear viable because (1) the Eighth Amendment applies only to post-conviction prisoners and Bristol-Davis was not a post-conviction prisoner at the time of the incident alleged in his Complaint, and (2) Bristol-Davis did not plead any facts establishing that Defendants were functioning as "state actors" when they violated his rights, as required to state a claim under 42 U.S.C. § 1983. (*See id.*, PageID.21-22.)  The Court specifically warned Bristol-Davis that "without a viable claim under federal law, the Court will decline supplemental jurisdiction over the state law claims." (*Id.*, PageID.22 (citing 28 U.S.C. § 1367(c)(3).)  The Court further warned that "[f]ailure to meet that [July 17, 2026,] deadline will result in the dismissal of his Complaint." (*Id.*, PageID.22.)

The July 17, 2026, deadline has passed and the Court has received no response from Bristol-Davis regarding the June 16 Show Cause order.  The claims against Defendants are therefore **SUMMARILY DISMISSED WITHOUT PREJUDICE**. Given the Court's decision to summarily dismiss this action, Defendants' Motion to

2

Dismiss (ECF No. 7), which they filed on June 22, 2026, is **TERMINATED AS MOOT**.

      **IT IS SO ORDERED.**

                    s/Matthew F. Leitman
                    MATTHEW F. LEITMAN
                    UNITED STATES DISTRICT JUDGE

Dated:  July 28, 2026

I hereby certify that a copy of the foregoing document was served upon the parties and/or counsel of record on July 28, 2026, by electronic means and/or ordinary mail.

                    s/Holly A. Ryan
                    Case Manager